**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

---

Robert D. Knox,

Plaintiff,

vs.

Grant Thornton LLP,

Defendant.

Case No. 01-335 (DSD/JMM)

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

---

IT IS HEREBY STIPULATED, by and between the parties, that this action, and all claims asserted herein, may be fully and finally dismissed with prejudice, each party to bear its own costs and attorneys' fees.

IT IS FURTHER AGREED that any party may have judgment of dismissal entered without notice to any other party.

March 23, 2001

Robert D. Knox
16601 Flagstaff Avenue
South St. Paul, MN 55068

**PLAINTIFF, *pro se***

March 23, 2001

**OPPENHEIMER WOLFF & DONNELLY LLP**

By: ______________________
Michael E. Keyes #193902
Carey S. Meyer #270726
3300 Plaza VII Building
45 South Seventh Street
Minneapolis, Minnesota 55402
Telephone: (612) 607-7000
Facsimile: (612) 607-7100

**ATTORNEYS FOR DEFENDANT GRANT THORNTON LLP**

MAR 2 8 2001

4

**ORDER FOR DISMISSAL WITH PREJUDICE**

Pursuant to the Stipulation executed by the parties herein, this action is hereby dismissed with prejudice and without costs and disbursements to any party.

Let judgment be entered accordingly.

3/27/01

The Honorable David S. Doty